# No. 22-50365

## In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

CALEB BRYANT HICKCOX,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
Western District of Texas
No. 7:21-cr-00361-DC

---

**Motion for Leave to File *Amici Curiae* Brief in Support of Defendant-Appellant, and to File out of Time**

---

MAUREEN SCOTT FRANCO
Federal Public Defender
Western District of Texas
727 E. César E. Chávez Blvd., B-207
San Antonio, Texas 78206
Tel.: (210) 472-6700
Fax: (210) 472-4454

TIMOTHY M. SHEPHERD
Assistant Federal Public Defender

*Counsel of Amici Curiae*

## Certificate of Interested Persons

**UNITED STATES v. CALEB BRYANT HICKCOX,**
**No. 22-50365**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. **Caleb Bryant Hickcox,** Defendant-Appellant;

2. **Jaime Esparza,** U.S. Attorney;

3. **Ashley C. Hoff,** former U.S. Attorney;

4. **Brandi Young** and **Shane Austin Chriesman,** Assistant U.S. Attorneys, who represented Plaintiff-Appellee in the district court;

5. **Joseph H. Gay, Jr.** and **Charles E. Fowler, Jr.,** Assistant U.S. Attorneys, who represent Plaintiff-Appellee in this Court;

6. **Russell H. Lorfing,** who represented Defendant-Appellant in the district court;

7. **Chad Van Cleave,** who represents Defendant-Appellant in this Court;

8. **Maureen Scott Franco,** Amicus Curiae and Federal Public Defender for the Western District of Texas;

9. **Jason D. Hawkins,** Amicus Curiae and Federal Public Defender for the Northern District of Texas;

10. **Marjorie Meyers,** Amicus Curiae and Federal Public Defender for the Southern District of Texas;

11. **John D. McElroy,** Amicus Curiae and Federal Public Defender for the Eastern District of Texas;

12. **Rebecca Hudsmith,** Amicus Curiae and Federal Public Defender for the Middle and Western Districts of Louisiana;

13. **Claude J. Kelly,** Amicus Curiae and Federal Public Defender for the Eastern District of Louisiana;

14. **Omodare Jupiter,** Amicus Curiae and Federal Public Defender for the Northern and Southern Districts of Mississippi; and

15. **Timothy M. Shepherd,** Assistant Federal Public Defender, and counsel for Amici Curiae.

/s/ *Timothy M. Shepherd*
TIMOTHY M. SHEPHERD
*Counsel of Amici Curiae*

Dated: January 12, 2023

**Motion for Leave to File *Amici Curiae* Brief in Support of Defendant-Appellant, and to File out of Time**

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, the undersigned parties—consisting of all the Federal Public Defender Offices in the Fifth Circuit—respectfully request leave to file the attached *amici curiae* brief in support of Defendant-Appellant Caleb Bryant Hickcox. Because it is more than seven (7) days after the filing of the Defendant-Appellant's principal brief, Amici also seek leave to file this brief out of time, pursuant to Rule 29(a)(6). Amici state as follows:

1. Mr. Hickcox is an incarcerated Appellant located in Beaumont, Texas, and is represented by attorney Chad Van Cleave on his appeal.

2. Amici consist of all the Federal Public Defender Offices in the Fifth Circuit, including the Northern District of Texas, Southern District of Texas, Eastern District of Texas, Western District of Texas, Eastern District of Louisiana, Middle and Western Districts of Louisiana, and Northern and Southern Districts of Mississippi.

3. Although amicus briefs generally should be filed within 7 days of the principal brief, Fed. R. App. P. 29(a)(6) expressly provides that the Court "may grant leave for later filing[.]" *See also* 5th Cir. Rule 29.1. Indeed, this Court has previously granted leave to file amicus briefs several months after briefing had concluded in an appeal. *See Orellana-Monson v. Holder*, 332 F. App'x 202, 203 (5th Cir. 2009). Mr. Hickcox's case only recently came to Amici's attention, while surveying Second Amendment

challenges before this Court. Given the importance of the unresolved legal question in this case, Amici respectfully ask this Court to grant leave to file this late-in-time brief.

4. Mr. Hickcox's appeal raises an important legal question regarding whether 18 U.S.C. § 922(g)(1) violates the Second Amendment. The Supreme Court recently announced a new framework for analyzing Second Amendment challenges. *See New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Only one circuit court has addressed whether § 922(g)(1) violates the Second Amendment since *Bruen*, though that opinion has now been vacated and rehearing en banc has been granted. *See Range v. Att'y Gen. United States*, 53 F.4th 262 (3d Cir. 2022), *reh'g en banc granted, opinion vacated*, No. 21-2835 (3d Cir. Jan. 6, 2023). The question is pending in other circuits. *See, e.g.*, *United States v. Dubois*, No. 22-10829 (11th Cir.). This Court has not yet reached the question, though other appeals currently before this Court challenge the constitutionality of firearms restrictions in light of *Bruen*.[1]

5. The decision in this case is important to Amici because it will affect a significant number of Amici's present and future clients, both at the district court level and on appeal. It will also shape how Amici advise

[1] *See, e.g.*, *United States v. Collette*, No. 22-51062 (5th Cir.) (challenging § 922(g)(1)); *United States v. Quiroz*, No. 22-50834 (5th Cir.) (challenging § 922(n)); *United States v. Rahimi*, No. 21-11001 (5th Cir.) (challenging § 922(g)(8)).

current and future clients regarding § 922(g)(1) and other firearms charges, and it will impact whether—or under what circumstances—Amici's clients may be permitted to request and obtain such relief.

6. Mr. Hickcox pleaded guilty in the district court to one count of possession of a firearm by a felon, pursuant to § 922(g)(1), on January 20, 2022. *Bruen* was decided roughly five months later. Therefore, Mr. Hickcox raised the Second Amendment question for the first time on appeal. Countless motions challenging § 922(g)(1) and other firearms restrictions have been filed in district courts throughout the Fifth Circuit. If the Court resolves the legal question of § 922(g)(1)'s constitutionality, it will provide guidance to district courts about the application of *Bruen* to similar challenges.

7. While Mr. Hickcox has presented a persuasive argument in his Appellant's Brief, Amici have substantial expertise litigating this legal issue and believe that there are additional arguments to be made in support of his position. This is a rapidly developing area of the law, and Amici are well-apprised of the changing legal landscape. Accordingly, Amici respectfully submit that the attached amicus brief will aid the Court in fully considering and resolving the legal question presented by this appeal.

8. Amici have drafted the attached brief to comply with the length limitations of Fed. R. App. P. 29(a)(5), which provides that the maximum length for an amicus brief is one-half the maximum length of the parties'

principal briefs. Accordingly, the attached brief is less than 6,500 words in length. Additionally, pursuant to 5th Cir. R. 29.2, the brief avoids repetition of facts and legal arguments presented in Mr. Hickcox's brief and instead focuses on points that were either not made or not fully or adequately discussed in the brief.

9. Amici have consulted with Mr. Hickcox's counsel and the Government, and the parties are unopposed to the filing of this brief.

WHEREFORE, the undersigned Amici respectfully request that the Court grant them leave to file the attached *amici curiae* brief in support of Mr. Hickcox, out of time.

Respectfully submitted this 12th day of January, 2023.

MAUREEN SCOTT FRANCO
Federal Public Defender
Western District of Texas
727 E. César E. Chávez Blvd., B-207
San Antonio, Texas 78206
Tel.: (210) 472-6700
Fax: (210) 472-4454

*/s/ Timothy M. Shepherd*
TIMOTHY M. SHEPHERD
Assistant Federal Public Defender

*Counsel of Amici Curiae*

*/s/ Jason D. Hawkins*
JASON D. HAWKINS
Federal Public Defender
Northern District of Texas
Texas Bar No. 00795763
525 South Griffin Street, Ste 629
Dallas, Texas 75202
Telephone: (214) 767-2746

*/s/ Claude J. Kelly*
CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana
500 Poydras Street, Ste 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
Telephone: (504) 589-7930

*/s/ Marjorie Meyers*
MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
440 Louisiana Street, Ste 1350
Houston, Texas 77002-1056
Telephone: (713) 718-4600

*/s/ Rebecca Hudsmith*
REBECCA L. HUDSMITH
Federal Public Defender
Middle & Western Districts of Louisiana
102 Versailles Blvd, Ste 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

*/s/ John McElroy*
JOHN D. MCELROY
Bar No. 13584075
Federal Public Defender
Eastern District of Texas
110 N. College Street, Ste 1122
Tyler, TX 75702
Telephone: (903) 531-9233
903-521-9625 (FAX)

*/s/ Omodare Jupiter*
OMODARE B. JUPITER
Federal Public Defender
N. and S. Districts of Mississippi
200 S. Lamar St., Ste 200 North
Jackson, Mississippi 39201
Telephone: (601) 948-4284

## Certificate of Service

I hereby certify that on the 12th day of January, 2023, I electronically filed this motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to Jaime Esparza, U.S. Attorney for the Western District of Texas (Attn: Assistant U.S. Attorneys Joseph H. Gay, Jr. and Charles E. Fowler, Jr.), and counsel for Defendant-Appellant, Chad Phillip Van Cleave, via electronic mail.

*/s/ Timothy M. Shepherd*
TIMOTHY M. SHEPHERD
*Counsel of Amici Curiae*

Dated: January 12, 2023

## Certificate of Compliance with Type-Volume Limit

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 829 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook.

*/s/ Timothy M. Shepherd*
TIMOTHY M. SHEPHERD
*Counsel of Amici Curiae*

Dated: January 12, 2023